IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MICHAEL O'CONNER,

    Plaintiff,

v.                                                   Civil Action No. **3:25CV216**

MS. VASQUES, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on April 9, 2025, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to collection of fees form. The Court warned Plaintiff that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff returned an *in forma pauperis* affidavit. (ECF No. 7.) Plaintiff, however, has not complied with the Court's order to return a consent to collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Plaintiff's conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                   /s/
                                                John A. Gibney, Jr.
Date: 15 May 2025                   Senior United States District Judge
Richmond, Virginia